**EXHIBIT 1:** PHOTOGRAPH# 1



**EXHIBIT 1:** PHOTOGRAPH# 2



**EXHIBIT 1:** PHOTOGRAPH# 3



**EXHIBIT 1:** PHOTOGRAPH# 4



**EXHIBIT 1:** PHOTOGRAPH# 5



**EXHIBIT 1:** PHOTOGRAPH# 6



**<u>EXHIBIT 1</u>:** PHOTOGRAPH# 7



**EXHIBIT 1:** PHOTOGRAPH# 8



**EXHIBIT 1:** PHOTOGRAPH# 9

