**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://x.com/TalkinBaseball_/status/1637473500813221891



**EXHIBIT 2:** INFRINGEMENT# 2
URL: https://www.facebook.com/photo/?fbid=245621754488014&set=a.201947445522112



**EXHIBIT 2:** INFRINGEMENT# 3
URL:  https://www.youtube.com/watch?v=ryk_XZPBAjY



**EXHIBIT 2:** INFRINGEMENT# 4
URL: https://twitter.com/TalkinGiants/status/1744439225448075672



**EXHIBIT 2:** INFRINGEMENT# 5
URL: https://x.com/TalkinGiants/status/1617895937548115969



**EXHIBIT 2:** INFRINGEMENT# 6
URL: https://www.instagram.com/p/CwQweGbuarQ



**EXHIBIT 2:** INFRINGEMENT# 7
URL: https://x.com/TalkinYanks/status/1725617073944969475/photo/1



**EXHIBIT 2:** INFRINGEMENT# 8
URL: https://x.com/TalkinYanks/status/1667975781148917762



**EXHIBIT 2:** INFRINGEMENT# 9
URL: https://x.com/TalkinYanks/status/1627058380736172033?lang=en



**EXHIBIT 2:** INFRINGEMENT# 10
URL: https://x.com/TalkinGiants/status/1770982169415999764/photo/1

