**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 1 & 2
URL: https://nypost.com/2023/03/18/mets-brandon-nimmo-week-to-week-with-ankle-knee-injuries/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 3
URL: https://nypost.com/2023/06/30/blake-sabol-fist-bumps-fan-after-mets-jeff-mcneil-interference/



Blake Sabol offers a fist bump to the Giants fan.
Corey Sipkin for the NY POST

**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 4
URL: https://nypost.com/2022/09/07/kayvon-thibodeaux-embraces-giants-legacy-of-pass-rushers/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 5
URL: https://nypost.com/2023/01/23/joe-schoen-admits-hard-truth-about-eagles-giants-talent-gap/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 6
URL: https://nypost.com/2022/10/11/retaining-edwin-diaz-a-mets-priority-but-it-will-be-costly/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 7
URL: https://nypost.com/2023/06/24/yankees-jake-bauers-talks-path-to-finally-feeling-like-i-belong/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 8
URL: https://nypost.com/2023/05/05/what-yankees-saw-in-natural-hitter-willie-calhoun/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 9
URL: https://nypost.com/2022/12/24/carlos-rodon-riskier-big-money-signing-than-past-yankees-aces/



**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: # 10
URL: https://nypost.com/2023/08/23/isaiah-hodgins-using-other-gifts-to-stand-out-amid-giants-weapons/

